```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LEO SOREL,                                                             :
                                                                       :
                          Plaintiff,                                   :
                                                                       :           24 Civ. 1958 (JPC)
            -v-                                                        :
                                                                       :                 ORDER
INSIDER MEDIA GROUP,                                                   :
                                                                       :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Complaint in this action was filed on March 15, 2024. Dkt. 1. Although counsel for Defendant has appeared, Plaintiff has not filed proof of service for the summons and Complaint. The Court therefore is unable to determine whether Plaintiff has complied with Federal Rule of Civil Procedure 4, including the deadline for service under Rule 4(m), and, if he has, the deadline for Defendant to answer or otherwise respond to the Complaint. Accordingly, Plaintiff is ordered to file proof of service of the summons and Complaint by July 3, 2024.

      SO ORDERED.

Dated: July 1, 2024
       New York, New York

                                                   JOHN P. CRONAN
                                                   United States District Judge